**RABINOWITZ, LUBETKIN & TULLY, L.L.C.**
293 Eisenhower Parkway, Suite 100
Livingston, New Jersey 07039
(973) 597-9100
Laura E. Quinn (LQ-7477)
*Attorneys for Defendant, Nautic Partners, LLC*

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| In Re: | Case No. 10-24769 (MS) |
| AEROBICS, INC. | Hon. Morris Stern |
| Debtor. | Chapter 11 |
| CLASS 1 TRUST OF AEROBIC, INC. BY AND THROUGH THE CLASS 1 TRUSTEE, | |
| Plaintiff, | Adv. Pro. No. 12-1470 (MS) |
| vs. | |
| NAUTIC PARTNERS, LLC, GERALD J. STAUB, GORGON R. BOGGIS, THOMAS N. STAUB, ROBERT S. GREENFIELD, AEROBICS HOLDING, INC., PACE FITNESS, LLC and JOHN DOES 1-10, | |
| Defendants. | |

### STIPULATION EXTENDING TIME TO ANSWER OR OTHERWISE RESPOND

It is hereby stipulated and agreed between the parties hereto that Defendant Nautic Partners, LLC's time to answer or otherwise respond to the Complaint be, and hereby is, extended through and until August 27, 2012.

It is further understood that, by entering into this Stipulation, Defendant Nautic Partners, LLC does not consent to jurisdiction or waive any defenses.

24443/2
07/25/2012 21142061.1

| | |
|---|---|
| **Lowenstein Sandler PC**<br>Counsel for Plaintiff,<br>The Class 1 Trustee<br><br>By: _/s/ Mary E. Seymour_<br>        MARY E. SEYMOUR, ESQ.<br><br>Dated: July 25, 2012 | **Rabinowitz, Lubetkin & Tully, L.L.C.**<br>Counsel for Defendant, Nautic Partners, LLC<br><br>By: _/s/ Laura E. Quinn_<br>        LAURA E. QUINN, ESQ.<br><br>Dated: July 25, 2012 |