

**Cassandra M. Porter**
Counsel
Tel  973.422.6538
Fax  973.422.6539
cporter@lowenstein.com

October 19, 2012

**VIA ECF AND FIRST CLASS MAIL ONLY**

The Honorable Morris Stern, U.S.B.J.
United States Bankruptcy Court
Martin Luther King, Jr. Federal Building and Courthouse
50 Walnut Street, Third Floor
Newark, New Jersey 07102

**Re:** **In re:  Aerobics, Inc., Case No.  10-24769**
 **Class 1 Creditor Trust of Aerobics, Inc. by and through the Class 1 Trustee vs. Nautic Partners, LLC, Gerald J. Staub, Gordon R. Boggis, Thomas N. Staub, Robert S. Greenfield, Aerobics Holding, Inc., Pace Fitness, LLC, and John Does 1-10**
 **Adv. Pro. No.  12-1470**

Dear Judge Stern:

This firm represents the Class 1 Creditor Trust of Aerobics, Inc. in the above-referenced matter. Per our conversation with Your Honor's law clerk, Margaret Hall, please allow this to confirm that the Pre-Trial Hearing has been adjourned to November 27, 2012.

Prior to contacting Chambers, we obtained the consent of counsel to the defendants, copied below.

Thank you for Your Honor's courtesies in this matter.

Respectfully submitted,

*/s/  Cassandra M. Porter*
Cassandra M. Porter

cc:    Joel M. Ferdinand, Esq., Fox Rothschild LLP, JFerdinand@foxrothschild.com
       Stephanie Resnick, Esq, Fox Rothschild LLP, SResnick@foxrothschild.com
       Jonathan Rabinowitz, Esq., Rabinowitz, Lubetkin & Tully, LLC,
       JRabinowitz@rltlawfirm.com