**FOX ROTHSCHILD LLP**
Formed In The Commonwealth of Pennsylvania
997 Lenox Drive, Building 3
Lawrenceville, NJ 08648
(609) 896-3600; (609) 896-1469 (facsimile)
Stephanie Resnick, Esq. (SR 4274)
sresnick@foxrothschild.com
Martha Chovanes, Esq. (MC 2019)
mchovanes@foxrothschild.com
Joel M. Ferdinand, Esq. (JF 8077)
jferdinand@foxrothschild.com
*Attorneys for Defendants, Gerald J. Staub, Gordon R. Boggis, Thomas N. Staub, Robert S. Greenfield, Aerobics Holding, Inc., and Pace Fitness, LLC*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **In Re:**<br><br>**AEROBICS, INC.**<br><br>**Debtor.** | **Chapter 11**<br><br>**Case No. 10-24769 (MS)**<br><br>**Adv. Pro. No. 12-01470 (MS)** |
| **CLASS 1 TRUST OF AEROBIC, INC. BY AND THROUGH THE CLASS 1 TRUSTEE,**<br><br>Plaintiff,<br><br>vs.<br><br>**NAUTIC PARTNERS, LLC, GERALD J. STAUB, GORDON R. BOGGIS, THOMAS N. STAUB, ROBERT S. GREENFIELD, AEROBICS HOLDING, INC., PACE FITNESS, LLC and JOHN DOES 1-10,**<br><br>Defendants. | |

**STIPULATION OF DISMISSAL OF ADVERSARY PROCEEDING WITH PREJUDICE**

LV1 1691009v3 08/30/12
LV1 1734377v1 10/12/12

IT IS HEREBY STIPULATED by and among the parties hereto that the above-captioned Adversary Proceeding shall be dismissed with prejudice and without costs to any party.

> LOWENSTEIN SANDLER, PC
> *Attorneys for Plaintiff, Class 1 Trust of Aerobics, Inc. by and through the Class 1 Trustee*
>
> By: ___/s/ Mary E. Seymour___
> Mary E. Seymour
> Michael Lichtenstein
> Cassandra M. Porter
>
> RABINOWITZ, LUBETKIN & TULLY, LLC
> *Attorneys for Defendant, Nautic Partners, LLC*
>
> By: _____
> Jonathan I. Rabinowitz
>
> FOX ROTHSCHILD LLP
> *Attorneys for Defendants, Gerald J. Staub, Gordon R. Boggis, Thomas N. Staub, Robert S. Greenfield, Aerobics Holding, Inc., and Pace Fitness, LLC*
>
> By: _____
> Martha Chovanes
> Stephanie Resnick
> Joel M. Ferdinand

Dated: October __, 2012

IT IS HEREBY STIPULATED by and among the parties hereto that the above-captioned Adversary Proceeding shall be dismissed with prejudice and without costs to any party.

LOWENSTEIN SANDLER, PC
*Attorneys for Plaintiff, Class 1 Trust of Aerobics, Inc. by and through the Class 1 Trustee*

By: _____
Mary E. Seymour
Michael Lichtenstein
Cassandra M. Porter

RABINOWITZ, LUBETKIN & TULLY, LLC
*Attorneys for Defendant, Nautic Partners, LLC*

By: /s/ Jonathan I. Rabinowitz
Jonathan I. Rabinowitz

FOX ROTHSCHILD LLP
*Attorneys for Defendants, Gerald J. Staub, Gordon R. Boggis, Thomas N. Staub, Robert S. Greenfield, Aerobics Holding, Inc., and Pace Fitness, LLC*

By: _____
Martha Chovanes
Stephanie Resnick
Joel M. Ferdinand

Dated: October 18, 2012

LV1 1691009v3 08/30/12
LV1 1734377v1 10/12/12